ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Francisco D. Barnett

**CV17-1090**

_____

_____      **CIVIL RIGHTS COMPLAINT**
            Plaintiff,        42 U.S.C. § 1983

[Insert full name of plaintiff/prisoner]

                              JURY DEMAND

                              YES ✓____   NO _____

        -against-
                              **KUNTZ, J.**

New York Police Department

                              **POLLAK, M.J.**

_____

            Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★  MAR 29 2017  ★
BROOKLYN OFFICE

I.   **Parties**:  (In item A below, place your name in the first blank and provide your present
     address and telephone number.  Do the same for additional plaintiffs, if any.)

     A.   **Name of plaintiff**   Francisco D. Barnett

     If you are incarcerated, provide the name of the facility and address:

     D.B.C.C

     1600 Hazen street

     East ElmHurst New York 11370

     Prisoner ID Number:   241-17-00408



If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name _____

Job Title _____

_____

Address _____

Defendant No. 2

Full Name _____

Job Title _____

_____

Address _____

Defendant No. 3

Full Name _____

Job Title _____

_____

Facts: (what happened?) ON January 21 2017 inside Location 1068 Gerald Ave Bronx New York 10452, I Had Been Placed in an upper body Hold by two to three Police officer's of the 44 Pct. Pen me against the wall my face made an connection with the wall then Placed Handcuffs to the Back then the officer's lift me off my feet for an second or two and slam me on my Right Ankle. As two officer held My legs and Arms meanwhile their knee's on my Back applying pressure as the other officer grab Hold of me while the others Loosing their grab while the officer Pick me up by the Handcuff then escorted to the police station.

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Claim for Personal Physical, emotional, mental and Psychological injury Pain and suffering, Excessive force, Actual medical costs and expenses Embarrassment and humiliation sustained by Claimant as a result of Intentional, Reckless and/or negligent conduct by Agents, servants and employees of the city of New york, the extent of which are as yet not fully determined.

4

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

I see monetary compensation in the Amount of eight million Dollars ($8,000,000)

I declare under penalty of perjury that on _03/24/2017_, I delivered this
                                                        (date)
complaint to prison authorities at _GRVC 0909 Hazen Street_ to be mailed to the United
                                                        (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _03/24/2017_

_____
Signature of Plaintiff

_Rikers Island  0909- Hazen Street_
Name of Prison Facility or Address if not incarcerated

_____

_____
Address

_241- 17- 00408_
Prisoner ID#

rev. 12/1/2015

5