**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANCISCO BARNETT,

                    Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Civ. 2637 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
      April 7, 2020

                SO ORDERED.

                GEORGE B. DANIELS
                United States District Judge